EBSCO INDUSTRIES, INC., Respondent, v. FRANK C. DUPREE, Appellant.—

Christ, P. J., Hopkins, Martuscello, Latham and Benjamin, JJ., concur.